UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERSEVERANCIA ESCUETA, FARO FERNANDEZ, and RALPH SIRIANNI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIPPINE AIRLINES, INC. and PAL HOLDINGS, INC.,<br><br>Defendants. | Case No. 3:22-cv-02281-VC<br><br>**CLASS ACTION**<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Judge: Hon. Vince Chhabria<br>FAC Filed: May 12, 2022<br>Trial Date: None Set |

1  Having considered the Parties' Stipulation of Dismissal and the entire record
2  herein, it is ORDERED that this action is hereby DISMISSED WITH PREJUDICE
3  as to all claims asserted individually by Plaintiffs Gemnaika Flores, Perseverancia
4  Escueta, Faro Fernandez, and Ralph Sirianni and WITHOUT PREJUDICE as to
5  any claims of any absent or unnamed members of the putative class.  Each side to
6  be responsible for and bear its own costs and expenses.

**IT IS SO ORDERED.**

Dated: November 3, 2022

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Vince Chhabria]*

Hon. Vince Chhabria
United States District Court Judge